# Synopsis

| | |
|---|---|
| **Name:** | Keith Mitchell |
| **Address:**<br>**(City & State Only)** | Saco, Maine |
| **Year of Birth and Age:** | 1987, 38 |
| **Violations:** | Counts One – Eight: Passing/Uttering Counterfeit Obligation, 18 U.S.C. § 472 |
| **Penalties:** | Counts One – Eight: Imprisonment of not more than twenty years and a fine not to exceed $250,000. 18 U.S.C. § 472.<br><br>This offense is a Class C felony under 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | Counts One – Eight: Not more than 3 years, 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts One – Eight: Not more than 2 years, 18 U.S.C. § 3583(e). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Counts One – Eight: Not more than 3 years less any term of imprisonment imposed upon revocation of supervised release, 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | IRS-CI, Douglas Foster |
| **Detention Status:** | Arrest warrant. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | NA |
| **County:** | Cumberland |
| **AUSA:** | Sean Green |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution? Y/N** | Yes |

| | |
|---|---|
| **Assessments:** | $100 per count |
| **Forfeiture? Y/N** | No |